the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles S. Burton* and *Mr. George L. Wilkinson* for petitioners. *Mr. R. A. Parker* and *Mr. Elliott J. Stoddard* for respondents.

---

No. 769. JESSE C. WASHBURN ET AL. *v.* E. N. GILLESPIE. April 19, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. L. T. Michener, Mr. Henry S. Johnston* and *Mr. Horace Speed* for petitioners. No appearance for respondent.

---

No. 772. MURLE L. ROWE, AS TRUSTEE, ETC. *v.* JAMES L. DROHEN ET AL. April 19, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Herman J. Westwood* for petitioner. *Mr. Grafton L. McGill* and *Mr. Francis S. Maguire* for respondents.

---

No. 785. SHELLEY B. HUTCHINSON *v.* WILLIAM M. SPERRY ET AL. April 19, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William Mayo Atkinson* for petitioner. *Mr. W. Benton Crisp* and *Mr. Frederick Geller* for respondents.

---

No. 799. CHRISTIAN TJOSEVIG ET AL. *v.* T. J. DONOHOE ET AL. April 19, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John Rustgard* for petitioners. *Mr. Edmund Smith* for respondents.